IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY JEROME WILLIAMS,
    Plaintiff,

v.                                      Case No. 3:19cv4665/RV/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

# **ORDER**

The Chief Magistrate Judge issued a Report and Recommendation on November 21, 2019 (ECF No. 4). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1) and has filed his objections timely. I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (docs.5,6), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2.    All pending motions are **DENIED** as moot.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 4th day of December, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**